IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-311 |
| ) | |
| MICHAEL A. FLYNN ) | |

### ORDER OF COURT

AND NOW, this 18th day of August, 2011, upon consideration of the Consent Motion to Continue Sentencing, it is hereby ORDERED, ADJUDGED, AND DECREED that the sentencing in this case is rescheduled (from September 8, 2011 at 10:30 AM) for the 7th day of December, 2011, at 11:30 o'clock A.M. and that the telephone conference is rescheduled for the 6th day of December, 2011, at 4:45 o'clock P.M. (From August 31, 2011 at 9:30 AM)

_____
United States District Court

cc/ecf: Counsel of Record
Michael A. Flynn c/o R. Dorner, Esq
Probation Office
U.S. Marshal